MICHAEL BAILEY
United States Attorney
District of Arizona

KRISTINA L. MORRISON
Arizona SBN 029646
ELIZABETH K. SICHI
Illinois SBN 6271368
Assistant U.S. Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7760
E-Mail: kristina.morrison@usdoj.gov
Email: elizabeth.sichi@usdoj.gov

*Attorneys for Defendant Jacobs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth L. Burnam, | No. 13-CV-01804-PHX-ROS |
| Plaintiff, | **STIPULATION TO DISMISS** |
| v. | |
| Smith, *et al.*, | |
| Defendants. | |

It is hereby stipulated by Plaintiff Kenneth L. Burnam and Defendant Frank Jacobs, by and through their respective attorneys, that this action be, and is hereby, dismissed with prejudice, each party to bear its own costs and fees, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure.

//

//

//

Respectfully submitted this 17th day of March, 2020.

        MICHAEL BAILEY
        United States Attorney
        District of Arizona

        *s/ Kristina L. Morrison*
        KRISTINA L. MORRISON
        ELIZABETH K. SICHI
        Assistant U.S. Attorneys

        *s/Daniel J. Inglese (with permission)*
        DANIEL J. INGLESE
        SNELL AND WILMER, L.L.P.
        Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Daniel J. Inglese (AZ Bar No. 33887)
SNELL & WILMER L.L.P.
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004
*Attorney for Plaintiff*

*s/Brian Wolfe*
U.S. Attorney's Office